**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00412-CV

**PINE CREEK MEDICAL CENTER, LLC, Appellant**

**V.**

**MARGARET HIGHTOWER, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06105-D**

## ORDER

Before the Court is the parties' May 15, 2013 agreed motion to abate the appeal. The parties inform the Court that they have reached a tentative settlement agreement. We **GRANT** the parties' motion and **ABATE** the appeal. The appeal will be reinstated thirty days from the date of this order or when the parties file a motion to dismiss, whichever occurs sooner.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE